UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| In Re: | ) | 12-27731 |
|---|---|---|
| | ) | |
| James Zaring, | ) | Chapter 13 |
| | ) | |
| | ) | Judge Cox |
| Debtor(s). | ) | |

## NOTICE OF MOTION

**The following parties have been served via electronic mail:**
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Ch. 13 Trustee: ecf@tvch13.net, ecfchi@gmail.com, courtmail@tvch13.net

**The following party(s) have been served via regular US mail:**
See attached service list.

    Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 South Dearborn Street, Chicago, Illinois, and in the following courtroom (or any other place posted), and present the attached **Motion to Voluntarily Dismiss Chapter 13 Case**, at which time and place you may appear:

    JUDGE:    Cox
    ROOM:    680
    DATE:    August 13, 2012
    TIME:    9:00 a.m.

                        /s/ David M. Siegel

                        David M. Siegel, A.R.D.C. #6207611
                        Attorney for the Debtor(s)

## PROOF OF SERVICE

    The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at United States Post Office, Wheeling, Illinois 60090, before 5:00 p.m. on July 31, 2012, with proper postage prepaid.

                        /s/ David M. Siegel

                        David M. Siegel, A.R.D.C. #6207611
                        Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
Attorney for Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100

James Zaring
14824 Greenview Road
Orland Park, IL 60462

Barclay's Bank
PO Box 8803
Attn:CREDIT BUREAU
Wilmington, DE 19899

Capital One
Bankruptcy Department
PO Box 30285
Salt Lake City, UT 84130

Cole Taylor Bank
9550 West Higgins Road
Rosemont, IL 60018

Cook County Clerk
118 N. Clark St., Room 112
Chicago, IL 60602-1332

Cook County Treasurer
PO Box 4488
Carol Stream, IL 60197-4488

HSBC Bank
Bankruptcy Department
PO Box 5226
Carol Stream, IL 60197-5226

Merrick
10705 S. Jordan Gtwy, Ste. 200
South Jordan, UT 84095

Wells Fargo HM Mortgage
Attn: Bankruptcy Department
8480 Stagecoach Circle
Frederick, MD 21701

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 12-27731 |
| | ) | |
| **James Zaring,** | ) | Chapter 13 |
| | ) | |
| | ) | Judge Cox |
| Debtor(s). | ) | |

### MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

NOW COMES the Debtor, by and through his attorneys, DAVID M. SIEGEL & ASSOCIATES, to present his Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On July 12, 2012 the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC.

3. Debtor desires that this Chapter 13 case be dismissed, pursuant to 11 U.S.C. § 1307(b).

4. Debtor's request is not for the purpose of fraud or abuse to creditors or the court.

WHEREFORE, the Debtor prays that this Honorable Court enter an Order Dismissing the Chapter 13 Case.

Respectfully Submitted,

   /s/  David M. Siegel

David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)


DAVID M. SIEGEL & ASSOCIATES
Attorney for Debtor(s)
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100